IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NOEL ALEJANDRO PARRA VILLEGAS, | § § | |
| *Petitioner*, | § § | |
| v. | § § | No. 1:26-CV-01225-DAE |
| | § | |
| VERGARA, *et al.*, | § | |
| *Respondents*. | § | |

## ORDER

Before the Court is the status of the above-captioned case.  On May 22, 2026, this Court granted Petitioner Noel Alejandro Parra Villegas' ("Petitioner") Petition for Writ of Habeas Corpus and ordered Petitioner's release by no later than 5:00 p.m. on May 24, 2026.  (Dkt. # 8.)

On May 26, 2026, Petitioner submitted briefing to the Court stating that as of 10:00 a.m. on May 26, 2026, Petitioner remained detained.  (Dkt. # 9 at 3.)  Federal Respondents[1] submitted briefing to the Court later that same day attesting that, "[u]pon information and belief," Petitioner was released at approximately 4:03 p.m. on May 26, 2026.  (Dkt. # 10.)  Federal Respondents cite

---

[1] Federal Respondents include Miguel Vergara, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement ("ICE");Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

an inadvertent clerical mistake due to the influx of habeas cases in this District for the delay.  (Id.)

Accordingly, while it appears to the Court that Petitioner has now been released, the Court **ORDERS** Federal Respondents to provide documentation on or before **12:00 p.m. on Thursday, May 28** confirming this fact.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 27, 2026.

_____
David Alan Ezra
Senior United States District Judge

2